IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 08- 99 - KI |
| v. | INDICTMENT |
| DAVID WINSOR, | 18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(2)(A)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(1) and (2)<br>18 U.S.C. § 2253 |

THE GRAND JURY CHARGES:

### COUNT 1
### (Receipt of Child Pornography)

Between May 2, 2003 and October 25, 2005, in the District of Oregon, DAVID WINSOR, defendant herein, did knowingly receive by computer images containing child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of actual minors engaged in sexually explicit conduct, having traveled in interstate commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

### COUNT 2
### (Receipt of Child Pornography)

Between May 2, 2003 and October 25, 2005, in the District of Oregon, DAVID WINSOR, defendant herein, did knowingly receive by computer images containing child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual

depictions of actual minors engaged in sexually explicit conduct, having traveled in interstate commerce, all in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT 3
### (Possession of Child Pornography)

Between May 2, 2003 and October 25, 2005, in the District of Oregon, DAVID WINSOR, defendant herein, did knowingly possess images containing child pornography, as defined in Title 18, United States Code, Section 2256(8), located on computer generated media which contained visual depictions of actual minors engaged in sexually explicit conduct, and such items having been mailed, shipped, or transported in interstate commerce, including by computer; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2);

## FORFEITURE ALLEGATION

The allegations in Counts 1, 2 and 3 of this indictment is hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 2253. Upon conviction for any combination of the foregoing, DAVID WINSOR, defendant herein, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped and received in violation

///

///

///

///

///

**PAGE 2 - INDICTMENT**

thereof, and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, pursuant to Title 18, United States Code, Section 2253(a).

Dated this 27 day of February 2008.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney

**PAGE 3 - INDICTMENT**